# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__United States of America ex rel Jeffrey D'Agostino__
Plaintiff

CIVIL ACTION

V.

NO. __10cv11822-RGS__

__EV3, Inc., et al__
Defendant

## ORDER OF DISMISSAL

__STEARNS, D.J.,__

In accordance with the Court's Memorandum and Order dated __12/30/15__ denying plaintiff's motion to amend, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__1/4/16__

Date

/s/ Elaine Flaherty

Deputy Clerk